UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-00037-RGK | Date | October 11, 2012 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sharon L. Williams | Not Reported | Margaret Vierbuchen (DOJ), Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Sergio Santiago De Leon Syjuco  Reg: 62099-112 | N | X | | John Littrell, DFPD | N | X | |
| (2) Cesar Paolo Inciong Ubaldo  Reg: 62101-112 | N | X | | David McLane, Panel | N | X | |
| (3) Arjyl Revereza  Reg: 62100-112 | N | X | | George Buehler, Panel | N | X | |

| Proceedings: | **(IN CHAMBERS) Defendant Syjuco's Motion to Dismiss the Indictment Because of Manufactured Jurisdiction (DE 72); and Defendants' Motion for Disclosure Giglio and Jencks Act Information (DE 68)** |
|---|---|

   Based on a review of the parties' briefs, the Court finds no need to conduct oral argument on the motions.  Defendants shall have until October 15, 2012 to file any reply to the motions.  The matter will then be deemed submitted.

   **IT IS SO ORDERED.**

                                                                                                    : 
                                                              Initials of Deputy Clerk    slw