UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR12-00037-RT | Date January 23, 2013 |

Present: The Honorable Robert J. Timlin, United States District Judge

Interpreter N/A

| Patricia Gomez | Laura Elias | Margaret Vierbuchen / Kim S. Dammers |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sergio Syjuco | X | X | | John Littrell | X | X | |
| Cesar Ubaldo | X | X | | David McLane | X | X | |
| Arjyl Revereza | X | X | | George Buehler | X | X | |

**Proceeding**  EVIDENTIARY HEARING ON DEFENDANTS' MOTION TO DISMISS THE INDICTMENT BASED ON ALLEGED OUTRAGEOUS GOVERNMENT MISCONDUCT.

Defendant's motion to strike all the testimony of Special Agent Lao, motion denied.

The Court vacates its order regarding plaintiff's producing the text record documents of Special Agent Lao.

Testimony by plaintiff's witness Charles Ro.

Defense moves the Court to order the government to produce the receipts described by Charles Ro's testimony (refer to defense exhibit 10).

Evidentiary hearing continued to January 24, 2013 at 9:00 a.m.

IT IS SO ORDERED.

6 : 24

Initials of Deputy Clerk    pg

**cc:**