*[Stamp: JAN 24 2013, CENTRAL DISTRICT OF CALIFORNIA, BY __ DEPUTY]*

*[Handwritten: (EVIDENTIARY HEARING DEF'S MOTION TO DISMISS INDICTMENT BASED ON ALLEGED OUTRAGEOUS MISCONDUCT.)]*

# UNITED STATES v. SERGIO SYJUCO, et al.
## CR 12-37

## Exhibits To Motion To Dismiss For Outrageous Government Misconduct

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1 | UCE Declaration | 1.23.13 | ✓ |
| 2 | Photo of Josh Han | 1.23.13 | 1.23.13 |
| 3 | JOAVI Articles of Incorporation | | |
| 4 | JOAVI Articles of Incorporation - Amended | | |
| 5 | UCE 302 - Bates 2040-2045 | | |
| 6 | UCE 302 - Bates 2046-2056 | | |
| 7 | Photo of Diane Malonzo | 1-15-13 | 1-15-13 |
| 8 | Photo of Diane Malonzo | 1-15-13 | 1-15-13 |
| 9 | UCE 302 - Bates 65-79 | | |
| 10 | 8/23/12 Letter from AUSA | 1-16-13 | 1-17-13 |
| 11 | 10/20/12 Letter from AUSA | 1-17-13 | 1-17-13 |
| 12 | Han B of A Documents | 1-17-13 | 1-18-13 |
| 13 | Recommendation for Prosecution NBI v. Sarmiento | 1-15-13 | 1-15-13 |
| 14 | Resolution NBI v. Sarmiento | 1-15-13 | 1-15-13 |
| 15 | Photo of AF1 Room with bed | 1-15-13 | 1-15-13 |
| 16 | FBI Report Bates 2083-2084 | | |
| 17 | Q2 & Q2.1 | 1.23.13 | |
| 18 | Lao Video - 002     (on DVD) | 1.23.13 | 1.23.13 |
| 19 | Enhanced Audio #2   (on DVD) | 1.23.13 | 1.24.13 |
| 20 | Transcript of Enhanced Audio #2 | 1.23.13 | 1.24.13 |

| Exhibit | Description | Identified | Admitted | |
|---|---|---|---|---|
| 21 | Enhanced Audio #3 (on DVD) | 1·22·13 | 1·23·13 | |
| 22 | Transcript of Enhanced Audio #2 | 1·22·13 | | |
| 23 | 10/05/12 Email from AUSA | 1-17-13 | 1-17-13 | REDACTED CONTENT 2 ¶'s 4 PAGE 2. |
| 24 | 9/27/12 Letter from Senator Grassley | | | |
| 25 | Napolitano Declaration | | | |
| 26 | Napolitano Texts Chart | 1·15·13 | 1-17-13 | |
| 27 | Napolitano Texts Bates 4875-5506 | 1-17-13 | | |
| 28 | Interview Reports Bates 5507-5512 | 1·23·13 | | |
| 29 | Lao Declaration | 1·23·13 | | |
| 30 | Olegario Declaration | | | |
| 31 | Video re Nokia 1280 (on DVD) | | | |
| 32 | 6/28/12 Letter from AUSA | 1-17-13 | 1-17-13 | portion 2nd pg 2 ← full ¶ & last ¶. |
| 33 | Diane Malonzo Declaration | 1-15-13 | 1-18-13 | |
| 33a | Photo of Charles Ro | 1-15-13 | 1-18-13 | |
| 33b | Photo of Sergio Syjuco | 1-15-13 | 1-18-13 | |
| 33c | Photo of Cesar Ubaldo | 1-15-13 | 1-18-13 | |
| 34 | Realyn Precious Hernandez Declaration | 1-15-13 | 1-18-13 | |
| 35 | Ariel Ken Escosio Declaration | 1-15-13 | 1·23·13 | |
| 36 | Brian Wong Declaration | 1-15-13 | 1-15-13 | |
| 37 | Richard Goff Declaration 9/14/11 | 1-15-13 | 1-18-13 | |
| 38 | Richard Goff Declaration 11/20/12 | 1-15-13 | 1-18-13 | |
| 39 | Richard Goff Declaration 1/2/13 | 1-15-13 | 1-18-13 | |

| Exhibit | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 41 |  | 1·22·13 |  |
| 42 |  | 1·22·13 | 1·22·13 |
| 43 | ARTICLE | 1·23·13 |  |
| 44 | DRAFT TRANSCRIPT OF | 1·23·13 |  |
| 46 | EXHIBIT ARTICLE | 1·24·13 |  |
| 45 | DOC SIGNED BY MALONSO | 1·24·13 | 1·24·13 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# U.S. v Sergio Syjuco, et al.
## CR-12-37 (RT)
## GOVERNMENT'S EXHIBIT LIST
### Evidentiary Hearing

### January 15, 2013

*outrageous conduct*

| No. | Description | ID | Admitted |
|---|---|---|---|
| 1 | Investigative Notes of Richard Goff | Yes | ✓ |
| 2 | October 4, 2012 declaration of Diane Malonso (notarized) | Yes | ✓ |
| 3 | October 3, 2012 Declaration of Diane Malonso | Yes | ✓ |
| 4 | September 2012 Declaration of Diane Malonso | Yes | ✓ |
| 5 | October 4, 2012 Declaration of Diane Malonso (notarized) | 1-16-13 | ✓ |
| 6a | December 5, 2012 Declaration of Diane Malonso | 1.24.13 | 1.24.13 |
| 6b | Oct. 4, 2012 Declaration of Diane Malonso (Corrected) | 1.24.13 | 1.24.13 |
| 7 | U.S. Visa Application (Realyn Hernandez) | 1-16-13 | 1-16-13 |
| 8 | October 1, 2012 Declaration of Realyn Hernandez (notarized) | | ✓ |
| 9 | Page 3 of UCE report (Nov. 2010) | | |
| 10 | Page 10 of UCE report | | |
| 11 | Text screen print | | |
| 12 | Text screen print | | |
| 13 | Photo of young man | 1-17-13 | |
| 14 | U.S. Visa Application (Ubaldo) | 1-17-13 | |
| 15 | U.S. Visa Application (Syjuco) | 1-17-13 | 1-17-13 |
| 16 | U.S. Visa Application (Revereza) | 1-18-13 | ✓ 1-18-13 |
| 17 | May 16, 2011 email | 1-23-13 | 1-23-13 |
| 18 | Toll records (89037100) | | |
| 19 | Articles of Incorporation (Awamaru Trading Inc) | 1.23.13 | |
| 20 | Photo (room) | 1-23-13 | |
| 21 | Photo (KTV room) | 1-23-13 | 1.24.13 |
| 22 | Photo (KTV room) | 1-23-13 | |
| 23 | Photo (hotel room) | | |
| 24 | Photo (Goff) | | |
| 25 | Photo | 1-22-13 | 1-22-13 |
| 26 | Declaration of UCE-3175 | 1-23-13 | 1-23-13 |
| 27 | Declaration of SA Dennis Lao | 1-22-13 | 1-22-13 |
| 28 | Declaration of SA Marc Napolitano | | |
| 29 | Declaration of Reynaldo Hayag | | |
| 31 | | 1-17-13 | |
| 32 | Decl of Hernandez | 1.18.13 | 1.18.13 |